IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER SADOWSKI,
Plaintiff,

v().

BLOCK COMMUNICATIONS, INC.,
Defendant.

Case No. 18–CV–02015–JPG–MAB

## JUDGMENT

This matter having come before the Court, and the Court having found it lacks personal jurisdiction,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED** for lack of jurisdiction.

**Dated: September 16, 2019**    **MARGARET M. ROBERTIE, Clerk of Court**
/s/Tina Gray, Deputy Clerk

**Approved by: s/J. Phil Gilbert**
         **United States District Judge**